**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ROBERT DEAN ZENIE,

                Plaintiff,                        18 **CIVIL** 4659 (JMF)

      -against-                              **JUDGMENT**

COLLEGE OF MOUNT SAINT VINCENT and
BARIMA YEBOAH,
                Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 14, 2020, Defendants' motion for summary judgment is granted, and Zenie's complaint is dismissed in its entirety; in the case of his hostile work environment claim under the NYSHRL, all of his claims under the NYCSHRL, and his tortious-interference claim against Yeboah, such dismissal is without prejudice to refiling the claims in state court; judgment is entered in Defendants' favor, and the case is closed.

**Dated:**  New York, New York
           September 15, 2020

                                          **RUBY J. KRAJICK**
                                         _____
                                            Clerk of Court
                      **BY:**
                                          _____
                                            Deputy Clerk